Certificate Number: 06531-VAE-CC-041347418

06531-VAE-CC-041347418

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 20, 2026, at 6:17 o'clock AM CDT, Gelela Daba received from Allen Credit and Debt Counseling Agency, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Virginia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: August 20, 2026

By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).