UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| GELELA A. DABA | : | |
| | : | Case No. 26-12026-BFK |
| | : | (Chapter 13) |
| Debtors. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

WILL THE CLERK OF THE COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Rees Broome, PC, and R.A. Hurley, Esquire, as counsel for UNIT OWNERS ASSOCIATION OF SENTINEL OF LANDMARK CONDOMINIUM, a creditor.

SIMILARLY, WILL THE CLERK OF THE COURT, pursuant to Bankruptcy Rule 2002(g), please ensure that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address:

R.A. Hurley, Esquire
Rees Broome, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182

UNIT OWNERS ASSOCIATION OF
SENTINEL OF LANDMARK
CONDOMINIUM
By Counsel

/s/ R.A. Hurley

R.A. Hurley, Virginia State Bar No. 78616
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia 22182
(703) 790-1911
Fax No. (703) 848-2530
Counsel for Unit Owners Association of Sentinel of Landmark Condominium

CERTIFICATE OF SERVICE

I hereby certify that this 24th day of August 2026, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on the following parties to this proceeding, by causing true and correct copies thereof to be placed in the United States mail, postage prepaid, to:

Gelela A Daba
6300 Stevenson Ave Apt 814
Alexandria, VA 22304

I hereby verify that a copy of the foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas P. Gorman, Trustee
1414 Prince Street Suite 202
Alexandria, VA 22314

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502

/s/ R.A. Hurley
R.A. Hurley

Dated: August 24, 2026