# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** **Gelela A Daba**

**Case Number:** **26−12026−BFK** **Date Filed:** **August 21, 2026**

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is ***www.vaeb.uscourts.gov*** and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: August 24, 2026
[VAN062vJul2025.jsp]

Charri S Stewart
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 26-12026-BFK
Gelela A Daba Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: RenierJes Page 1 of 3
Date Rcvd: Aug 24, 2026 Form ID: VAN062 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gelela A Daba, 6300 Stevenson Ave, Apt 814, Alexandria, VA 22304-3573 |
| 17149754 | + | Claire Shamblin Cayton, The Shamblin Law Firm, PLLC, Post Office Box 22002, Alexandria, VA 22304-9200 |
| 17149756 | + | DNF Associates, 2351 N Forest Rd Ste 110, Getzville, NY 14068-9902 |
| 17149768 | + | Nexus Nova LLC, 505 Highway 169 N Ste 555, Minneapolis, MN 55441-6447 |
| 17149770 | + | Orlans Law Group PLLC, 1602 Village Market Blvd SE #310, Leesburg, VA 20175-4716 |
| 17149774 | + | Protas Spivok & Collins, 4330 East-West Hwy #900, Bethesda, MD 20814-4454 |
| 17149776 | ++ | REES BROOME PC, 1900 GALLOWS ROAD SUITE 700, TYSONS CORNER VA 22182-3886 address filed with court:, Rees Broome PC, 1900 Gallows Rd Ste 700, Vienna, VA 22182 |
| 17149775 | + | Ras Crane, 101 N Lynnhaven Rd Ste 104, Virginia Beach, VA 23452-7523 |
| 17149778 | + | Sentinel of Landmark Unit Owners Assn, 6300 Stevenson Ave, Alexandria, VA 22304-3576 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17149751 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 25 2026 02:51:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 17149752 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2026 02:53:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 17149753 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2026 02:50:47 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 17149755 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2026 02:50:33 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 17149757 | | Email/Text: exeter@ebn.phinsolutions.com | Aug 25 2026 02:53:00 | Exeter Finance, PO Box 166008, Irving, TX 75016 |
| 17149758 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 25 2026 02:52:00 | Goldman Sachs Bank NA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 17149759 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2026 02:53:00 | Jefferson Capital Systems LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 17149760 | ^ | MEBN | Aug 25 2026 02:44:22 | Klima & Peters, 8028 Ritchie Hwy #300,, Pasadena, MD 21122-1360 |
| 17149761 | | Email/Text: kevin@legumfitz.com | Aug 25 2026 02:52:00 | Legum Fitzpatrick, 4004 Williamsburg Court, Fairfax, VA 22032 |
| 17149763 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 02:51:12 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 17149762 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 02:50:54 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 17149764 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 25 2026 02:52:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 17149765 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 02:53:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17149766 | ^ | MEBN | Aug 25 2026 02:43:41 | Movement Mortgage, PO Box 100077, Duluth, GA 30096-9377 |
| 17149767 | + | Email/Text: netcreditbnc@enova.com | Aug 25 2026 02:53:00 | Net Credit, 175 W Jackson Blvd, Ste 1, Chicago, IL 60604-2863 |
| 17149769 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Aug 25 2026 02:51:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 17149771 | | Email/Text: bkrgeneric@penfed.org | Aug 25 2026 02:51:00 | Pentagon Federal Credit union, PO Box 1432, Alexandria, VA 22313 |
| 17149772 | ^ | MEBN | Aug 25 2026 02:45:32 | Planet Home Lending, PO Box 1001, Meriden, CT 06450-8010 |
| 17149773 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 25 2026 02:51:10 | Premier Bankcard, LLC, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 17149777 | + | Email/Text: bankruptcy@republicbank.com | Aug 25 2026 02:53:00 | Republic Bank Trust Co, P.O. Box 70353, Louisville, KY 40270-0353 |
| 17149780 | | Email/Text: bankruptcy@springoakscapital.com | Aug 25 2026 02:51:00 | Spring Oaks Capital, 1400 Crossways Blvd, Chesapeake, VA 23320 |
| 17149779 | ^ | MEBN | Aug 25 2026 02:45:45 | Skopos Financial LLC, 8333 Ridgepoint Drive, Suite 150, Irving, TX 75063-5812 |
| 17151149 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Aug 25 2026 02:51:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 17149781 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 25 2026 02:50:26 | US Dept of HUD, 51 7th St SW, Washington, DC 20410-0001 |
| 17149782 | ^ | MEBN | Aug 25 2026 02:44:36 | Velocity Investments LLC, P.O. Box 788, Wall, NJ 07719-0788 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| Daniel M. Press | on behalf of Debtor Gelela A Daba dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 3