**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 26−12026−BFK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gelela A Daba
6300 Stevenson Ave
Apt 814
Alexandria, VA 22304

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−5259

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

**NOTICE OF POSSIBLE DISMISSAL
PURSUANT TO
LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
AND
LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS;
AND HEARING THEREON**

**TO: DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on August 21, 2026. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:** **September 4, 2026**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

****Missing Document(s):**

**All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Statement of Your Current Monthly Income and Calculation of Commitment Period**
**Chapter 13 Plan**
**Declaration About An Individual Debtor's Schedules**

If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

***Location: Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314
Date: September 24, 2026
Time: 01:30 PM***

***If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.***

***NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of***

***Possible Dismissal issued in a case.***

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date: August 24, 2026

/s/ Renier G Jessel
Deputy Clerk
Direct Dial Telephone No. (703) 258−1219

[10071_30152vJun2023.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 26-12026-BFK
Gelela A Daba Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: RenierJes Page 1 of 3
Date Rcvd: Aug 24, 2026 Form ID: both215 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gelela A Daba, 6300 Stevenson Ave, Apt 814, Alexandria, VA 22304-3573 |
| 17149754 | + | Claire Shamblin Cayton, The Shamblin Law Firm, PLLC, Post Office Box 22002, Alexandria, VA 22304-9200 |
| 17149756 | + | DNF Associates, 2351 N Forest Rd Ste 110, Getzville, NY 14068-9902 |
| 17149768 | + | Nexus Nova LLC, 505 Highway 169 N Ste 555, Minneapolis, MN 55441-6447 |
| 17149770 | + | Orlans Law Group PLLC, 1602 Village Market Blvd SE #310, Leesburg, VA 20175-4716 |
| 17149774 | + | Protas Spivok & Collins, 4330 East-West Hwy #900, Bethesda, MD 20814-4454 |
| 17149776 | ++ | REES BROOME PC, 1900 GALLOWS ROAD SUITE 700, TYSONS CORNER VA 22182-3886 address filed with court:, Rees Broome PC, 1900 Gallows Rd Ste 700, Vienna, VA 22182 |
| 17149775 | + | Ras Crane, 101 N Lynnhaven Rd Ste 104, Virginia Beach, VA 23452-7523 |
| 17149778 | + | Sentinel of Landmark Unit Owners Assn, 6300 Stevenson Ave, Alexandria, VA 22304-3576 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17149751 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 25 2026 02:51:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 17149752 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2026 02:53:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 17149753 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2026 02:50:49 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 17149755 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2026 02:50:50 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 17149757 | | Email/Text: exeter@ebn.phinsolutions.com | Aug 25 2026 02:53:00 | Exeter Finance, PO Box 166008, Irving, TX 75016 |
| 17149758 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 25 2026 02:52:00 | Goldman Sachs Bank NA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 17149759 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2026 02:53:00 | Jefferson Capital Systems LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 17149760 | ^ | MEBN | Aug 25 2026 02:44:16 | Klima & Peters, 8028 Ritchie Hwy #300,, Pasadena, MD 21122-1360 |
| 17149761 | | Email/Text: kevin@legumfitz.com | Aug 25 2026 02:52:00 | Legum Fitzpatrick, 4004 Williamsburg Court, Fairfax, VA 22032 |
| 17149763 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 02:50:53 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 17149762 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 02:51:12 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 17149764 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 25 2026 02:52:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 17149765 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2026 02:53:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17149766 | ^ | MEBN | Aug 25 2026 02:43:40 | Movement Mortgage, PO Box 100077, Duluth, GA 30096-9377 |
| 17149767 | + | Email/Text: netcreditbnc@enova.com | Aug 25 2026 02:53:00 | Net Credit, 175 W Jackson Blvd, Ste 1, Chicago, IL 60604-2863 |
| 17149769 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Aug 25 2026 02:51:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 17149771 | | Email/Text: bkrgeneric@penfed.org | Aug 25 2026 02:51:00 | Pentagon Federal Credit union, PO Box 1432, Alexandria, VA 22313 |
| 17149772 | ^ | MEBN | Aug 25 2026 02:45:32 | Planet Home Lending, PO Box 1001, Meriden, CT 06450-8010 |
| 17149773 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 25 2026 02:51:10 | Premier Bankcard, LLC, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 17149777 | + | Email/Text: bankruptcy@republicbank.com | Aug 25 2026 02:53:00 | Republic Bank Trust Co, P.O. Box 70353, Louisville, KY 40270-0353 |
| 17149780 | | Email/Text: bankruptcy@springoakscapital.com | Aug 25 2026 02:51:00 | Spring Oaks Capital, 1400 Crossways Blvd, Chesapeake, VA 23320 |
| 17149779 | ^ | MEBN | Aug 25 2026 02:45:45 | Skopos Financial LLC, 8333 Ridgepoint Drive, Suite 150, Irving, TX 75063-5812 |
| 17151149 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Aug 25 2026 02:51:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 17149781 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 25 2026 02:50:26 | US Dept of HUD, 51 7th St SW, Washington, DC 20410-0001 |
| 17149782 | ^ | MEBN | Aug 25 2026 02:44:35 | Velocity Investments LLC, P.O. Box 788, Wall, NJ 07719-0788 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
| --- | --- |
| Daniel M. Press | on behalf of Debtor Gelela A Daba dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 3