UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**IN RE:** **CASE NO.: 26-12026**
**CHAPTER 13**

**Gelela A Daba,**
**Debtor.**

_________________________________/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of service MAC LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Tata-annie King
Tata-annie King
Email: taking@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 2, 2026*,* I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GELELA A DABA
6300 STEVENSON AVE
APT 814
ALEXANDRIA, VA 22304

And via electronic mail to:

LAW OFFICE OF DANIEL M. PRESS
201 WASHINGTON ST
CUMBERLAND, MD 21502

THOMAS P. GORMAN
THOMAS P. GORMAN, CHAPTER 13 TRUSTEE
1414 PRINCE ST.
STE. 202
ALEXANDRIA, VA 22314

MATTHEW W. CHENEY
OFFICE OF THE U.S. TRUSTEE - REGION 4
1725 DUKE STREET
SUITE 650
ALEXANDRIA, VA 22314

By: /s/ Journie Morosky