UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Gelela A Daba | ) | |
| | ) | No. 26−12026−BFK |
| Debtor. | ) | Chapter 13 |
| | ) | |

**MOTION TO EXTEND TIME**
**FOR FILING LISTS, SCHEDULES, STATEMENTS AND PLAN**

COME NOW the Debtor, Gelela A Daba, by counsel, and, pursuant to Local Rules 1007-1(B) and 3015-2(C)(3), moves this honorable Court to extend the time for filing her lists, schedules, statements and plan and in support thereof states the following:

1. The Debtor's lists, statements, schedules and plan are due on September 4, 2026.

2. The Meeting of Creditors is scheduled for September 22, 2026.

3. The Debtor requires additional time within which to sufficiently prepare her lists, statements, schedules and plan.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing her lists, schedules, and statements from September 4, 2026, until September 15, 2026, the seventh day before the Meeting of Creditors, and the time for filing the plan by 14 days, or such other dates as the Court may order.

Dated: September 4, 2026.

Respectfully submitted,

_/s/ Daniel M. Press________

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for the Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 4th day of September, 2026, I caused the foregoing Motion to be served by CM/ECF, where available, or first-class mail, postage pre-paid, upon all creditors listed on the attached List of Creditors, the Chapter 13 Trustee, and the Office of the U.S. Trustee.

__/s/ Daniel M. Press ______ ___
Daniel M. Press

Label Matrix for local noticing
0422-1
Case 26-12026-BFK
Eastern District of Virginia
Alexandria
Fri Sep 4 17:27:01 EDT 2026

Service MAC LLC
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Unit Owners Association of Sentinel of Landm
Rees Broome, PC
1900 Gallows Road, Ste 700
Tysons Corner, VA 22182-3886

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

Aspire
P.O. Box 105555
Atlanta, GA 30348-5555

Bank of Missouri
PO Box 4477
Beaverton, OR 97076-4401

Capital One
1680 Capital One Dr
McLean, VA 22102-3407

Claire Shamblin Cayton
The Shamblin Law Firm, PLLC
Post Office Box 22002
Alexandria, VA 22304-9200

Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500

DNF Associates
2351 N Forest Rd Ste 110
Getzville, NY 14068-9902

(p)EXETER FINANCE LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

Goldman Sachs Bank NA
PO Box 45400
Salt Lake City, UT 84145-0400

Jefferson Capital Systems LLC
200 14th Ave E
Sartell, MN 56377-4500

Klima & Peters
8028 Ritchie Hwy #300,
Pasadena, MD 21122-1360

LVNV Funding
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding
PO Box 1269
Greenville, SC 29602-1269

(p)LEGUMFITZPATRICK PLC
4004 WILLIAMSBURG COURT
FAIRFAX VA 22032-1139

Mariner Finance
8110 Corporate Dr
Nottingham, MD 21236-5034

Midland Credit Mgt
320 E. Big Beaver Rd.
Troy, MI 48083-1271

Movement Mortgage
PO Box 100077
Duluth, GA 30096-9377

Net Credit
175 W Jackson Blvd
Ste 1
Chicago, IL 60604-2863

Nexus Nova LLC
505 Highway 169 N Ste 555
Minneapolis, MN 55441-6447

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314-5794

Orlans Law Group PLLC
1602 Village Market Blvd SE #310
Leesburg, VA 20175-4716

(p)PENTAGON FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
P O BOX 1432
ALEXANDRIA VA 22313-1432

Planet Home Lending
PO Box 1001
Meriden, CT 06450-8010

Premier Bankcard, LLC
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Protas Spivok & Collins
4330 East-West Hwy #900
Bethesda, MD 20814-4454

Ras Crane
101 N Lynnhaven Rd Ste 104
Virginia Beach, VA 23452-7523

(p)REES BROOME PC
1900 GALLOWS ROAD SUITE 700
TYSONS CORNER VA 22182-3886

Republic Bank Trust Co
P.O. Box 70353
Louisville, KY 40270-0353

Sentinel of Landmark Unit Owners Assn
6300 Stevenson Ave
Alexandria, VA 22304-3576

Skopos Financial LLC
8333 Ridgepoint Drive, Suite 150
Irving, TX 75063-5812

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

U.S. Attorney
Courthouse Square
2100 Jamieson Avenue
Alexandria, VA 22314-5702

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

Velocity Investments LLC
P.O. Box 788
Wall, NJ 07719-0788

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

Gelela A Daba
6300 Stevenson Ave
Apt 814
Alexandria, VA 22304-3573

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314-2853

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Exeter Finance
PO Box 166008
Irving, TX 75016

(d)Exeter Finance LLC
2101 W. John Carpenter Fwy
Irving, TX 75063

Legum Fitzpatrick
4004 Williamsburg Court
Fairfax, VA 22032

Pentagon Federal Credit union
PO Box 1432
Alexandria, VA 22313

Rees Broome PC
1900 Gallows Rd Ste 700
Vienna, VA 22182

Spring Oaks Capital
1400 Crossways Blvd
Chesapeake, VA 23320

U.S. Department of Housing and Urban Develop
801 Market Street 12th Floor
Philadelphia, PA 19107

(d)US Dept of HUD
51 7th St SW
Washington, DC 20410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)service MAC LLC
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 40 |
| Bypassed recipients | 1 |
| Total | 41 |