**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**In re** Gelela A Daba

**Case No.** 26-12026-BFK

**Debtor(s)** **Chapter 13**

# ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE; AND HEARING THEREON

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements. Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to September 18, 2026.

**3. the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to September 15, 2026 for filing all lists, schedules and statements.

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

***Date***: October 8, 2026
***Time*:** 1:30 PM
***Location***: U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA 22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time. The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

Charri S. Stewart, Clerk
United States Bankruptcy Court

Date: September 8, 2026

By /s/Renier Jessel
Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
September 8, 2026

[oex13ps ver. 07/25]