**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**In re** Gelela A Daba

**Case No.** 26-12026-BFK

**Debtor(s)** **Chapter 13**

# ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE; AND HEARING THEREON

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements. Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to September 18, 2026.

**3. the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to September 15, 2026 for filing all lists, schedules and statements.

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

***Date***: October 8, 2026
***Time*****:** 1:30 PM
***Location***: U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA 22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time. The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

Charri S. Stewart, Clerk
United States Bankruptcy Court

Date: September 8, 2026

By /s/Renier Jessel
Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
September 8, 2026

[oex13ps ver. 07/25]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 26-12026-BFK

Gelela A Daba Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: RenierJes | Page 1 of 3 |
| Date Rcvd: Sep 08, 2026 | Form ID: pdford6 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gelela A Daba, 6300 Stevenson Ave, Apt 814, Alexandria, VA 22304-3573 |
| cr | + | Unit Owners Association of Sentinel of Landmark Co, Rees Broome, PC, 1900 Gallows Road, Ste 700, Tysons Corner, VA 22182-3886 |
| 17149754 | + | Claire Shamblin Cayton, The Shamblin Law Firm, PLLC, Post Office Box 22002, Alexandria, VA 22304-9200 |
| 17149756 | + | DNF Associates, 2351 N Forest Rd Ste 110, Getzville, NY 14068-9902 |
| 17149768 | + | Nexus Nova LLC, 505 Highway 169 N Ste 555, Minneapolis, MN 55441-6447 |
| 17149770 | + | Orlans Law Group PLLC, 1602 Village Market Blvd SE #310, Leesburg, VA 20175-4716 |
| 17149774 | + | Protas Spivok & Collins, 4330 East-West Hwy #900, Bethesda, MD 20814-4454 |
| 17149776 | ++ | REES BROOME PC, 1900 GALLOWS ROAD SUITE 700, TYSONS CORNER VA 22182-3886 address filed with court:, Rees Broome PC, 1900 Gallows Rd Ste 700, Vienna, VA 22182 |
| 17149775 | + | Ras Crane, 101 N Lynnhaven Rd Ste 104, Virginia Beach, VA 23452-7523 |
| 17149778 | + | Sentinel of Landmark Unit Owners Assn, 6300 Stevenson Ave, Alexandria, VA 22304-3576 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 09 2026 06:10:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 09 2026 06:09:00 | Service MAC LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 17149751 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 09 2026 06:09:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 17149752 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 09 2026 06:11:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 17149753 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2026 06:20:34 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 17149755 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2026 06:20:22 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 17149757 | | Email/Text: exeter@ebn.phinsolutions.com | Sep 09 2026 06:10:00 | Exeter Finance, PO Box 166008, Irving, TX 75016 |
| 17162423 | | Email/Text: exeter@ebn.phinsolutions.com | Sep 09 2026 06:10:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 17149758 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 09 2026 06:10:00 | Goldman Sachs Bank NA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 17149759 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2026 06:11:00 | Jefferson Capital Systems LLC, 200 14th Ave E, Sartell, MN 56377-4500 |

| | | | | |
|---|---|---|---|---|
| 17149760 | ^ | MEBN | Sep 09 2026 06:02:55 | Klima & Peters, 8028 Ritchie Hwy #300,, Pasadena, MD 21122-1360 |
| 17149761 | | Email/Text: kevin@legumfitz.com | Sep 09 2026 06:10:00 | Legum Fitzpatrick, 4004 Williamsburg Court, Fairfax, VA 22032 |
| 17149763 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 06:20:24 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 17149762 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 06:20:10 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 17149764 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 09 2026 06:09:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 17149765 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2026 06:10:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17149766 | ^ | MEBN | Sep 09 2026 06:03:46 | Movement Mortgage, PO Box 100077, Duluth, GA 30096-9377 |
| 17149767 | + | Email/Text: netcreditbnc@enova.com | Sep 09 2026 06:11:00 | Net Credit, 175 W Jackson Blvd, Ste 1, Chicago, IL 60604-2863 |
| 17149769 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Sep 09 2026 06:09:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 17149771 | | Email/Text: bkrgeneric@penfed.org | Sep 09 2026 06:09:00 | Pentagon Federal Credit union, PO Box 1432, Alexandria, VA 22313 |
| 17149772 | ^ | MEBN | Sep 09 2026 06:04:21 | Planet Home Lending, PO Box 1001, Meriden, CT 06450-8010 |
| 17149773 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 09 2026 06:20:22 | Premier Bankcard, LLC, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 17149777 | + | Email/Text: bankruptcy@republicbank.com | Sep 09 2026 06:11:00 | Republic Bank Trust Co, P.O. Box 70353, Louisville, KY 40270-0353 |
| 17149780 | | Email/Text: bankruptcy@springoakscapital.com | Sep 09 2026 06:09:00 | Spring Oaks Capital, 1400 Crossways Blvd, Chesapeake, VA 23320 |
| 17149779 | ^ | MEBN | Sep 09 2026 06:06:12 | Skopos Financial LLC, 8333 Ridgepoint Drive, Suite 150, Irving, TX 75063-5812 |
| 17151149 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Sep 09 2026 06:09:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 17151494 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 09 2026 06:20:35 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 17149781 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 09 2026 06:20:35 | US Dept of HUD, 51 7th St SW, Washington, DC 20410-0001 |
| 17149782 | ^ | MEBN | Sep 09 2026 06:04:22 | Velocity Investments LLC, P.O. Box 788, Wall, NJ 07719-0788 |
| 17161977 | + | Email/Text: RASEBN@raslg.com | Sep 09 2026 06:09:00 | service MAC LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Gelela A Daba dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Robert Arthur Hurley | on behalf of Creditor Unit Owners Association of Sentinel of Landmark Condominium rhurley@reesbroome.com |
| Tata-Annie L King | on behalf of Creditor Service MAC LLC taking@raslg.com |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 5