UNITED STATES BANKRUPTCY COURT EASTERN
DISTRICT OF VIRGINIA
Alexandria Division

In re:
Gelela Daba

Case No. 26-12026
Chapter 13

Debtor(s)

*SPECIAL NOTICE TO SECURED CREDITOR*

To: Sentinel of Landmark Unit Owners Assn, Attn: President
*Name of creditor*
6300 Stevenson Ave. #814 and 324
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one)*:

To value your collateral. ***See Section 4 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

✔ To modify the interest rate. ***See Section 4D of the plan***. The interest rate you will receive may be less than the contract rate.

To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: 10/29/2026
Date and time of confirmation hearing: 11/5/2026 1:30 pm
Place of confirmation hearing: Courtrm. I, 200 S Washington St., Alex. VA

Gelela Daba
*Name(s) of debtor(s)*

By: /s/ Daniel M Press
*Signature*

[✔] Debtor(s)' Attorney
[ ] Pro se debtor

Daniel M Press
*Name of attorney for debtor(s)*
201 Washington St
*Address of attorney [or pro se debtor]*
Cumberland Md 21502

*Tel. #* 703-725-7600

*Fax #* n/a

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

( ✔ ) first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

(   ) certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this 15th day of September, 20 26.

/s/ Daniel M Press
*Signature of attorney for debtor(s)*

President
Sentinel of Landmark Unit Owners Assn.
6300 Stevenson Ave.
Alexandria VA 22304