United States Bankruptcy Court
Eastern District of Virginia
Alexandria

In Re:
Gelela A Daba
Debtor

BCN#: 26-12026-BFK
Chapter: 13

Notice of Appearance

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Planet Home Lending, LLC and requests that they be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,
LOGS Legal Group LLP

/s/ Gregory N. Britto
By: ______________________________

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Randa Azzam, Esquire
VSB #31539
Gregory J. Kennedy, Esquire
VSB #74119
LOGS Legal Group LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, NC 28269
(703) 449-5800

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2026 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

Daniel M. Press, Law Office of Daniel M. Press — Debtor's Attorney
201 Washington St
Cumberland, MD 21502

Thomas P. Gorman — Chapter 13 Trustee
Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314

Via First Class Mail, Postage Prepaid:

Gelela A Daba — Debtor(s)
6300 Stevenson Ave
Apt 814
Alexandria, VA 22304

/s/ Gregory N. Britto
______________________________

William M. Savage, Esquire
VSB #26155
Gregory N. Britto, Esquire
VSB #23746
Randa Azzam, Esquire
VSB #31539
Gregory J. Kennedy, Esquire
VSB #74119
LOGS LEGAL GROUP LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, North Carolina 28269
(703) 449-5800
logsecf@logs.com 26-302504