United States Bankruptcy Court
Eastern District of Virginia
Alexandria

| | |
|---|---|
| In RE:<br>Gelela A Daba<br><br>Debtor | BCN#: 26-12026-BFK<br>Chapter: 13 |

Planet Home Lending, LLC
or present noteholder,

Secured Creditor,
v.
Gelela A Daba

Debtor

OBJECTION OF PLANET HOME LENDING, LLC
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

Planet Home Lending, LLC, and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the confirmation of the Chapter 13 Plan proposed by Debtor:

1. This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 6300 Stevenson Avenue Unit 814, Alexandria, VA 22304. The Debtor's proposed plan, however, lists the secured creditor's claim as being secured claim as being secured by the real property located at 6300 Stevenson (Avenue), #324,( Alexandria, Va. 22304). and lists the estimated arrears as $0.00.

2. That the Debtor is due estimated pre-petition arrears of $36,488.20, but lists the amount of estimated pre-petition arrears owing to the secured creditor as $0.00.

William M. Savage, Esquire, VSB #26155
Gregory N. Britto, Esquire, VSB #23746
Randa Azzam, Esquire, VSB #31539
Gregory J. Kennedy, Esquire, VSB #74119
LOGS Legal Group LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, NC 28269
(703) 449-5800
26-302504

3. That the Debtor's proposed Chapter 13 Plan does not propose to pay the secured creditor's entire claim, with estimated pre-petition arrears of $36,488.20, as the Debtor's proposed Chapter 13 Plan lists her estimated pre-petition arrears due and owing to the secured creditor as $0.00.

CONCLUSION

Any Amended Chapter 13 Plan proposed by Debtor must provide for and eliminate the objections specified above in order to be confirmable. It is , therefore,respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

WHEREFORE, your secured creditor respectfully prays as follows:

1. That confirmation of the Debtor's proposed Chapter 13 Plan be denied.
2. For attorney's fees and costs incurred herein.
3. That a hearing be held on November 5, 2026, at 1:30 PM in Courtroom I, United States Bankruptcy Court, 200 South Washington Street 2nd Floor, Alexandria, VA 22314, on this objection.
4. For such other relief as this Court deems proper.

Dated: October 2, 2026

Respectfully submitted

Planet Home Lending, LLC
By Counsel:

/s/ Gregory N. Britto
______________________________

William M. Savage, Esquire VSB #26155
Gregory N. Britto, Esquire VSB #23746
Randa Azzam, Esquire VSB #31539
Gregory J. Kennedy, Esquire VSB #74119
LOGS LEGAL GROUP LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, North Carolina 28269
(703) 449-5800
logsecf@logs.com 26-302504

CERTIFICATE OF SEERVICE

I AHEREBY certify that I have electronically transmitted and/or mailed true copies of the above Objection to the Debtor’s Chapter 13 Plan, by United States First Class Mail, postage prepaid on this 2nd day of October, 2026, to the following:

Daniel M. Press, Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314

Gelela A Daba
6300 Stevenson Ave, Apt 814
Alexandria, VA 22304

/s/ Gregory N. Britto

William M. Savage, Esquire VSB #26155
Gregory N. Britto, Esquire VSB #23746
Randa Azzam, Esquire VSB #31539
Gregory J. Kennedy, Esquire VSB #74119

26-302504

United States Bankruptcy Court
Eastern District of Virginia
Alexandria

In RE: BCN#: 26-12026-BFK
Gelela A Daba Chapter: 13

Debtor

Planet Home Lending, LLC
or present noteholder,

Secured Creditor,
v.
Gelela A Daba
Debtor

NOTICE OF OBJECTION AND HEARING

Planet Home Lending, LLC has filed papers with the court objecting to the Debtor's proposed Chapter 13 plan and confirmation thereof.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

In order to oppose this motion, you must also attend the Confirmation Hearing scheduled to be held on: November 5, 2026, at 1:30 PM in Courtroom I, United States Bankruptcy Court, 200 South Washington Street 2nd Floor, Alexandria, VA 22314.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Objection and may enter an order denying confirmation of the Debtor's proposed Chapter 13 Plan.

LLG No. 26-302504

Dated: October 2, 2026

LOGS LEGAL GROUP LLP
Attorneys for Planet Home Lending, LLC

By: /s/ Gregory N. Britto
______________________________

William M. Savage, Esquire VSB #26155
Gregory N. Britto, Esquire VSB #23746
Randa Azzam, Esquire VSB #31539
Gregory J. Kennedy, Esquire VSB #74119
LOGS LEGAL GROUP LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, North Carolina 28269
(703) 449-5800
logsecf@logs.com 26-302504

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2026 the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

Daniel M. Press, Law Office of Daniel M. Press — Debtor's Attorney
201 Washington St
Cumberland, MD 21502

Thomas P. Gorman — Chapter 13 Trustee
Chapter 13 Trustee
1414 Prince St. Ste. 202
Alexandria, VA 22314

Via First Class Mail, Postage Prepaid:

Gelela A Daba — Debtor(s)
6300 Stevenson Ave Apt 814
Alexandria, VA 22304

/s/ Gregory N. Britto
________________________________

William M. Savage, Esquire VSB #26155
Gregory N. Britto, Esquire VSB #23746
Randa Azzam, Esquire VSB #31539
Gregory J. Kennedy, Esquire VSB #74119
LOGS LEGAL GROUP LLP
Mailing Address
8520 Cliff Cameron Dr., Suite 330
Charlotte, North Carolina 28269
(703) 449-5800
logsecf@logs.com 26-302504