**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>GELELA A DABA<br><br><br>Debtor | Chapter 13<br><br>Case No. 26-12026-BFK |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed September 15, 2026. The cause for this objection is as follows:

> **Violation of 11 U.S.C. §1325(a)(3) & §1325(a)(4) & §1325(a)(6)** – Good Faith & Liquidation Test & Feasibility – Section 5 of Plan has not been fully completed.
>
> **Violation of 11 U.S.C. §1325(a)(3) & §1325(b)(1)(B)** – Good Faith & Disposable Income – Debtor seeks to retain and pay for a second condominium unit in the building where she resides, which has a $1,322.56/mo. mortgage and produces no rent.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your

response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on November 5, 2026 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _October 5, 2026______

___/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of October, 2026, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Gelela A Daba
Chapter 13 Debtor
6300 Stevenson Ave
Apt 814
Alexandria, VA 22304

Daniel M. Press, Esquire
Attorney for Debtor
Law Offices Of Daniel M. Press
201 Washington St.
Cumberland, MD 21502

__/s/ Thomas P. Gorman______
Thomas P. Gorman